# ATTACHMENT A
# STATEMENT OF FACTS

*The United States and Defendant Reginald Anthony Lasley stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

Defendant **REGINALD ANTHONY LASLEY ("LASLEY")**, a resident of Silver Spring, Maryland, was born in 1972. On February 12, 2012, shortly after 8:00 a.m., **LASLEY** entered the CVS Pharmacy located at 825 Wayne Avenue, Silver Spring, Maryland, where **LASLEY** was employed. **LASLEY** approached the manager in his office and spoke with him briefly. **LASLEY** then told the manager, "don't move, don't do anything," pulled out a knife, and held it to the manager's neck. **LASLEY** removed some cash from a safe in the office, bound the manager's arms with duct tape, then instructed the manager to lie down on the ground, where **LASLEY** bound him further with duct tape. **LASLEY** then removed more cash from the safe and fled with approximately $18,000 in U.S. Currency. **LASLEY's** actions delayed, obstructed, and affected interstate commerce.

Less than two months later, on April 6, 2012, **LASLEY** entered the SunTrust Bank, located at 8211 Ardwick-Ardmore Road, Landover, Maryland and approached a teller window. **LASLEY** then handed the teller an intimidating note demanding that she give him all of her $100s, $50s, and $20s. The teller complied with **LASLEY's** demand and gave him a total of $4,810 in U.S. Currency. **LASLEY** exited the bank and fled the area in a black van driven by another individual.

Several days later, on April 9, 2012, **LASLEY** entered the SunTrust Bank, located at 24 Watkins Park Drive, Upper Marlboro, Maryland and approached a teller window. **LASLEY** then handed the teller an intimidating note demanding that she give him all of her $100s, $50s, and $20s. The teller complied with **LASLEY's** demand and gave him a total of $5,370 in U.S. Currency. **LASLEY** exited the bank and fled the area in a black van driven by another individual.

Two days later, on April 11, 2012, **LASLEY** entered the M&T Bank, located at 10410 Campus Way South, Largo, Maryland and approached a teller window. **LASLEY** then handed the teller an intimidating note demanding that she give him all of her $100s, $50s, and $20s. The teller complied with **LASLEY's** demand and gave him a total of $1,390 in U.S. Currency. **LASLEY** exited the bank and fled the area in a black van driven by another individual. When **LASLEY** was apprehended later that same day, law enforcement officers recovered from **LASLEY's** person the demand note used in the M&T Bank robbery and the money stolen in the robbery. Officers also recovered from the black van another bank robbery demand note and the hat and shirt that LASLEY wore during the M&T bank robbery.

**LASLEY** committed each of the aforementioned offenses while on supervised release in connection with federal convictions for bank robbery (Criminal No. PJM-98-011).

On the aforementioned dates, the deposits of SunTrust Bank and M&T Bank were insured by the Federal Deposit Insurance Corporation.

\* \* \*

I have reviewed this statement of facts and agree that it is correct.

10/25/13
Date

*[signature]*
Reginald Anthony Lasley